## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    Demetrio John Hernandez

Case No.:  16-24543

Chapter:   13

Debtor(s) | Judge Timothy A. Barnes

---

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

---

       The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS QUEEN'S PARK OVAL ASSET HOLDING TRUST, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

                          Berton J. Maley ARDC#6209399
                          Rachael A. Stokas ARDC#6276349
                          Gloria C. Tsotsos ARDC#6274279
                          Jose G. Moreno ARDC#6229900
                          Peter C. Bastianen ARDC#6244346
                          Joel P. Fonferko ARDC#6276490
                          **Codilis & Associates, P.C.**
                          15W030 North Frontage Road, Suite 100
                          Burr Ridge, IL 60527
                          (630) 794-5300
                          **C&A FILE (14-16-09811)**

Dated August 4, 2016.

                         By:  /s/ Joel Fonferko

NOTE: This law firm is a debt collector.